UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Ralph Holder</u>

     v.         Civil No. 08-cv-197-JM

<u>Town of Newton  and</u>
<u>Town of East Kingston</u>

<u>O R D E R</u>

I hereby recuse myself from this case due to a conflict.

SO ORDERED.

August  21,  2008        /s/James R. Muirhead
              James R. Muirhead
              United States Magistrate Judge

cc:  Sven D. Wiberg, Esq.
    Charles P. Bauer, Esq.