UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Ralph Holder

    v.                    Civil No. 08-cv-197-JL

Town of Newton, et al.

### O R D E R

The plaintiff's motion to reopen the case (document no. 72) is DENIED.  Under Federal Rule of Civil Procedure 60(c)(1), a motion for relief from judgment on grounds of newly discovered evidence must be filed "no more than a year after the entry of the judgment."  The court entered judgment in this case on February 8, 2010, but plaintiff did not file his motion until September 29, 2011--over a year and a half later.  Plaintiff has articulated no reason for his failure to move for relief from judgment within the one-year deadline, although he apparently obtained the evidence in question within a week after the entry of judgment.  The motion is therefore untimely.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: November 15, 2011

cc:   Ralph Holder, pro se
      Brian J.S. Cullen, Esq.
      Charles P. Bauer, Esq.
      Jeanne P. Herrick, Esq.
      Corey M. Belobrow, Esq.